DAVID FURBUSH, APPELLEE, v. HIRAM H. BARKER ET AL., APPELLANTS.

FILED APRIL 17, 1894.   NO. 4542.

Stare Decisis. The conclusion and decision announced on a former hearing of this case (38 Neb., 1) are approved and adhered to.

REHEARING of case reported in 38 Neb., 1.

*Wall & Bradley* and *Abbott & Caldwell*, for appellants.

*Calkins & Pratt* and *Nightingale Bros.*, contra.

HARRISON, J.

This case was appealed to this court from the district court of Sherman county, and in an opinion written by RYAN, C., filed here October 17, 1893 (38 Neb., 1), the judgment of the district court was reversed and a decree ordered in this court for certain defendants. Appellee filed a motion for a rehearing, which was granted, and on the rehearing additional briefs were filed and further oral arguments heard.   In the former opinion a very extended

statement of the issues presented by the pleadings was
made and the evidence examined and reviewed in a very
complete manner. We have carefully read and considered
the testimony and pleadings in the case, together with the
briefs filed on rehearing, as well as those filed at the origi-
nal hearing and argument of the case in this court, and
are fully satisfied that the former conclusion reached was
correct and the decision announced right. The case was
so thoroughly examined, and argued at such length in the
prior opinion, that we deem it unnecessary to discuss it
further here, but will content ourselves with saying that
the former decision is approved and adhered to and decree
ordered as therein stated.

ORDER ACCORDINGLY.